UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Fidel Ramirez
                    Plaintiff,

v.                                     Case No.: 1:15–cv–04290
                                                 Honorable Manish S. Shah

Dino's Finer Food, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 12, 2016:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the parties' stipulation of dismissal [20], this case is dismissed without prejudice and with leave to reinstate by 4/15/16. If no motion for leave to reinstate is filed by 4/15/16, the dismissal will automatically convert to one with prejudice. Each party shall bear its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement. Civil case terminated. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.